UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LENORA ALECIA JONES | : | CASE NUMBER A17-65065-JWC |
| DEBTOR | : | |

### TRUSTEE'S SUPPLEMENTAL REPORT
### FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on March 6, 2018:**

As to whether Debtor's plan payments are current

As to whether Debtor filed an amended plan

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

Debtor's plan payments remain delinquent

Debtor failed to file an amended plan

*Please enter an Order of Dismissal*

This the 22nd day of March, 2018.

                       ___/s/_____
                       Julie M. Anania, Attorney for Chapter 13 Trustee
                       GA Bar Number 477064
                       303 Peachtree Center Ave., NE
                       Suite 120
                       Atlanta, GA  30303
/mam                  (678) 992-1201

# CERTIFICATE OF SERVICE

Case No: A17-65065-JWC

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
LENORA ALECIA JONES
631 BRIAR HILL LN
UNIT A
RIVERDALE, GA  30274

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
THE SEMRAD LAW FIRM, LLC
rjsatlcourtdocs@gmail.com

This the 22nd day of March, 2018.

/s/_____
    Julie M. Anania
    Attorney for the Chapter 13 Trustee
    State Bar No. 477064
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201